United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EVERILDA XOL ICHICH DE BARRIENTOS, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-700 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging their continued detention. The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days. The petitioner is entitled to a bond hearing. *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

It is **ordered** that the respondents must provide the petitioner with a bond hearing at which the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The respondents must provide this hearing by **July 13, 2026**, or release the petitioner by that date. The parties must **confer** and file a **joint** update with the court by **July 15, 2026**, informing the court of the result of the hearing and the petitioner's custody status. The respondents' motion for summary judgment (Docket Entry No. 6) is **denied**

and the petition for a writ of habeas corpus is **granted in part**.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge